UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LANCE BENSON,

Plaintiff,

v.

CORRECTIONAL TRAINING FACILITY WARDEN,

Defendant.

Case No. 26-cv-07386-VC

**ORDER OF DISMISSAL**

Lance Benson filed a Petition for Writ of Mandamus. The same day, the Clerk sent Benson a notice his completed *in forma pauperis* application or $405.00 filing fee was due within 28 days of the filing date of the Clerk's notice. The notice included a blank copy of the required form and warned Benson if he did not submit the completed documents within the 28-day time frame, his case would be dismissed.

More than 28 days have passed, and Benson has not filed the documents or paid the filing fee. Therefore, this case is dismissed without prejudice. The Clerk shall enter a separate judgment and close the file.

**IT IS SO ORDERED.**

Dated: September 14, 2026

VINCE CHHABRIA
United States District Judge